No. 92–935. WARD *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER FOR MADISON GUARANTY SAVINGS & LOAN ASSN.,

ET AL. C. A. 8th Cir. Certiorari denied.